# Exhibit 2

The following chart provides evidence showing that the VersaSort™ machine being made, used, sold, imported, and/or offered for sale in the United States by Pace Packaging LLC meets each limitation of at least claim 1 of U.S. Patent No. 11,667,477 ("the '477 Patent").  The chart is based on publicly-available information currently known and available to POSIMAT.  POSIMAT reserves the right to supplement or otherwise amend this claim chart as additional information becomes available.

| Limitations of Claim 1 of the '477 Patent | The VersaSort™ Machine | Video Images of VersaSort™ Machine |
|---|---|---|
| A machine for automatically positioning objects, comprising: | Preamble is not limiting | The VersaSort$^{TM}$ machine is a machine for automatically positioning objects, such as disclosed and claimed in the '477 Patent. |

1

*POSIMAT, S.A. v Pace Packaging LLC*
**Exhibit 2 to Complaint for Patent Infringement and Jury Demand**

| Limitations of Claim 1 of the '477 Patent | The VersaSort™ Machine | Video Images of VersaSort™ Machine |
|---|---|---|
| at least one inlet conveyor configured to transport a plurality of objects in a lying position; | The video entitled "How Pace Created a Super Versatile, Robotic Unscrambling System" (hereinafter the "Video") shows the inlet conveyor, as seen in the image to the right.  As seen in the image and Video, the inlet conveyor supports and, when moving, transports a plurality (two or more) of objects (e.g., empty plastic bottles) in a lying position. | |

*POSIMAT, S.A. v Pace Packaging LLC*
**Exhibit 2 to Complaint for Patent Infringement and Jury Demand**

| Limitations of Claim 1 of the '477 Patent | The VersaSort™ Machine | Video Images of VersaSort™ Machine |
|---|---|---|
| a plurality of transfer fasteners, movable along a closed loop in a plane tilted with respect to horizontal plane, between an upper receiving region, where the transfer fasteners are movable in a first direction and configured to receive the objects held in a lying position, and a lower delivery region, where the transfer fasteners are movable in a second direction opposed to the first direction and configured to deliver the | The Video and image to the right show transfer fasteners moving along a closed loop. The closed loop is in a plane that is tilted at an angle with respect to the horizontal plane. The Video shows the fasteners moving in a first direction and then in a second direction. An object is shown in a lying position in the upper receiving region where the transfer fasteners move in a first direction. A lower delivery region is shown, where the transfer fasteners are movable in a second direction opposed to the | Objects Shown In Lying Position — Transfer Fastener — Suction Nozzle — Ultra-high throughput. Flexible format changeovers. Soft-touch handling. With unscrambling machines, you almost never get all three. — Upper Receiving Region — Transfer Conveyor — Lower Delivery Region — Objects Shown In Upright Position — Outlet Conveyor — Closed Loop |

*POSIMAT, S.A. v Pace Packaging LLC*
**Exhibit 2 to Complaint for Patent Infringement and Jury Demand**

| Limitations of Claim 1 of the '477 Patent | The VersaSort™ Machine | Video Images of VersaSort™ Machine |
|---|---|---|
| objects held in an upright position, transferring the objects from the lying position to the upright position due to the movement of the transfer fasteners along the closed loop; | first direction. The objects are transferred from the lying position (in the upper receiving region) to the upright position (in the lower deliver region) due to the movement of the transfer fasteners along the closed loop. | |

| Limitations of Claim 1 of the '477 Patent | The VersaSort™ Machine | Video Images of VersaSort™ Machine |
|---|---|---|
| | | |

*POSIMAT, S.A. v Pace Packaging LLC*
**Exhibit 2 to Complaint for Patent Infringement and Jury Demand**

| Limitations of Claim 1 of the '477 Patent | The VersaSort™ Machine | Video Images of VersaSort™ Machine |
|---|---|---|
| the transfer fasteners are attached in fixed positions along a periphery of a transfer conveyor movable along the closed loop, the transfer fasteners being dragged by the transfer conveyor; | The transfer fasteners are shown attached in fixed positions along the periphery of a transfer conveyor moveable along the closed loop. When the transfer conveyor is moving, the transfer fasteners are dragged by the transfer conveyor. | |

*POSIMAT, S.A. v Pace Packaging LLC*
**Exhibit 2 to Complaint for Patent Infringement and Jury Demand**

| Limitations of Claim 1 of the '477 Patent | The VersaSort™ Machine | Video Images of VersaSort™ Machine |
|---|---|---|
| at least one outlet conveyor adjacent to the lower delivery region of the transfer conveyor and synchronized thereto for receiving the objects in the upright position; | The Video shows an outlet conveyor adjacent to the lower delivery region of the transfer conveyor.  The image also shows an upright object on the outlet conveyor adjacent to the lower delivery region of the transfer conveyor.  The Video shows the that the outlet conveyor and transfer conveyor are synchronized to deliver the objects onto the outlet conveyor in an upright position. | |

*POSIMAT, S.A. v Pace Packaging LLC*
**Exhibit 2 to Complaint for Patent Infringement and Jury Demand**

| Limitations of Claim 1 of the '477 Patent | The VersaSort™ Machine | Video Images of VersaSort™ Machine |
|---|---|---|
| a detector system configured to identify at least an orientation and/or a shape of the objects transported on the inlet conveyor; | Upon information and belief, a detector system (e.g., a camera system) is shown in the Video image to the right and is configured to identify at least an orientation and/or shape of the objects being transported on the inlet conveyor. | |

*POSIMAT, S.A. v Pace Packaging LLC*
**Exhibit 2 to Complaint for Patent Infringement and Jury Demand**

| Limitations of Claim 1 of the '477 Patent | The VersaSort™ Machine | Video Images of VersaSort™ Machine |
|---|---|---|
| at least one robotic collection device configured to collect the objects in the lying position from the inlet conveyor, to rotate along a vertical axis according to the information received from the detector system and to transfer the object to the upper receiving region of the transfer fasteners moving the object in the first direction in coordination with the movement of the transfer fasteners; | The Video shows at least one robotic collection device collecting and rotating the lying objects along a vertical axis and transferring the object to the upper receiving region.  Upon information and belief, the robotic collection device may rotate along a vertical axis according to information received from the detector system.  The objects are initially moved in the first direction in coordination with the movement of the transfer fasteners. | |

POSIMAT, S.A. v Pace Packaging LLC
Exhibit 2 to Complaint for Patent Infringement and Jury Demand

| Limitations of Claim 1 of the '477 Patent | The VersaSort™ Machine | Video Images of VersaSort™ Machine |
|---|---|---|
| each transfer fastener comprises a suction nozzle, connected to a suction source, each suction nozzle defining a seat surface tilted, with respect to the tilted plane of the closed loop, and the seat surface is approximately horizontal when in the upper receiving region and approximately vertical when in the lower delivery region; and | The Video and image show that each transfer fastener includes at least one suction nozzle connected to a suction source. According to Pace's website, the machine utilizes suction and airflow to hold containers. The suction nozzles define a seat surface that is tilted with respect to the tilted plane of the closed loop.  The seat surface is shown approximately horizontal when in the upper receiving region and approximately vertical when in the lower delivery region. | |

*POSIMAT, S.A. v Pace Packaging LLC*
**Exhibit 2 to Complaint for Patent Infringement and Jury Demand**

| Limitations of Claim 1 of the '477 Patent | The VersaSort™ Machine | Video Images of VersaSort™ Machine |
|---|---|---|
| the seat surfaces of all the transfer fasteners are non-recessed surfaces, exposed, configured to retain the objects by suction, without confinement of the objects in the transfer fasteners. | The Video and image show that the seat surfaces of the transfer fasteners are non-recessed, exposed, and configured to retain the objects by suction. The objects are not confined in the transfer fasteners. The transfer fasteners and suction nozzles are designed such that the machine can grip different container sizes without changing the transfer fasteners. | |